**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: John Ray White** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: K. Davis** |
| | |
| **PATRICK STRIBLING** | |
| **counsel: Jerome Kearney** | |
| **counsel:** | **Date: November 19, 2007** |
| | |
| | **CASE NO: 4:03CR00054-01-WRW** |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 2:48 p.m.**                                                                                       **End: 3:15 p.m.**

**Court calls case and reviews to present; deft admits and denies alleged violations; Court finds admitted violations occurred; deft counsel and deft make statements to Court; motion to revoke Granted; deft remanded into custody of U.S. Marshal; amended J&C to be entered.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**