IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                    4:03CR00054-01-WRW

PATRICK STRIBLING

### AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 12 MONTHS + 1 DAY at a designated Bureau of Prisons correctional facility. The defendant is to participate in a nonresidential substance abuse treatment program during incarceration. The defendant is remanded into the custody of the U.S. Marshal. There will be no supervised release following incarceration.

IT IS SO ORDERED this 6th day of December, 2007.

                                    /s/Wm. R. Wilson, Jr.
                            UNITED STATES DISTRICT JUDGE

supvrl.2.wpd